1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  MARK E. BIRKET,                    )   NO. SACV 04-00789-MAN
                                       )
12              Plaintiff,             )
        v.                             )   JUDGMENT
13                                     )
                                       )
14  JO ANNE B. BARNHART,               )
    Commissioner of the               )
15  Social Security Administration,    )
                                       )
16              Defendant.             )
    _____)
17
18       Pursuant to the Court's Memorandum Opinion and Order,
19
20       IT IS ADJUDGED that the decision of the Commissioner of the Social
21  Security Administration is reversed, and the cause is remanded for
22  further proceedings consistent with the provisions of the Memorandum
23  Opinion.
24
25  DATED: March 30, 2006
26                                       /s/
                                  _____
                                   MARGARET A. NAGLE
27                                 UNITED STATES MAGISTRATE JUDGE
28